# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151105(72)

SUSAN FRITZ,

     Plaintiff-Appellant,

v

    SC: 151105
    COA: 317144
    Allegan CC: 10-046887-CZ

SANDY PINES WILDERNESS TRAILS, and
MAX GIBBS,

     Defendants-Appellees.
_____/

     On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her reply brief on the application is GRANTED. The reply brief will be accepted as timely filed if submitted on or before April 27, 2015.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    April 21, 2015            
_____